No. 1064.  CATTERLIN *v.* OHIO.  Jurisdictional statement submitted May 26, 1934.  Decided June 4, 1934.  *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question.  *Morrison* v. *California,* 291 U.S. 82, 88–91; *Casey* v. *United States,* 276 U.S. 413, 418; *Mugler* v. *Kansas,* 123 U.S. 623, 674.  *Messrs. Frank L. Johnson* and *Daniel W. Iddings* for appellant. No appearance for appellee.

No. 1075.  HALL *v.* CALIFORNIA.  Jurisdictional statement submitted May 26, 1934.  Decided June 4, 1934.  *Per Curiam:* The appeal herein is dismissed (1) for the want of a properly presented federal question, *Hiawassee Power Co.* v. *Carolina-Tenn. Co.,* 252 U.S. 341, 343, 344; *Appleby* v. *Buffalo,* 221 U.S. 524, 529; *White River Co.* v. *Arkansas,* 279 U.S. 692, 700; and (2) for the reason that the decision of the state court sought here to be reviewed was based upon a non-federal ground adequate to support it.  *Atlantic Coast Line R. Co.* v. *Mims,* 242 U.S. 532, 535; *Mutual Life Ins. Co.* v. *McGrew,* 188 U.S. 291, 308; *Hartford Life Ins. Co.* v. *Johnson,* 249 U.S. 490, 493.  *Mr. Marshall B. Woodworth* for appellant.  No appearance for appellee.